IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00678-MJW

SIMAO PEDRO CATCHAI,

Plaintiff,

v.

FORT MORGAN TIMES, Local newspaper and
KENNY MARTINEZ, Owner of "Pro ever Green,"

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

In view of defendant Martinez's statement in his Second Motion to Dismiss (Docket No. 20) that he withdraws his previously-filed Motion to Dismiss (Docket No. 10), it is hereby

ORDERED the Motion to Dismiss (Docket No. 10) is withdrawn.

Date: June 4, 2015