IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00678-MJW

SIMAO PEDRO CATCHAI,

Plaintiff,

v.

FORT MORGAN TIMES, Local newspaper and
KENNY MARTINEZ, Owner of "Pro ever Green,"

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Motion for Leave to Appear Telephonically (Docket No. 33) is granted, and thus counsel for defendant Kenny Martinez may appear by phone for the Scheduling Conference set on July 22, 2015, at 9:30 a.m. Mountain Time by calling the court at that time at (303) 844-2403.

Date: July 7, 2015