IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00678-MJW

SIMAO PEDRO CATCHAI,

Plaintiff,

v.

FORT MORGAN TIMES, Local newspaper and
KENNY MARTINEZ, Owner of "Pro ever Green,"

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the pro se plaintiff's Motion for leave to add a third Defendant, and a new claim (Docket No. 41) is denied without prejudice based upon the plaintiff's failure to tender a proposed amended pleading.

Date: August 3, 2015