IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00678-MJW

SIMAO PEDRO CATCHAI,

Plaintiff,

v.

FORT MORGAN TIMES, Local newspaper and
KENNY MARTINEZ, Owner of "Pro ever Green,"

Defendants.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the pro se plaintiff's Unopposed Motion for Leave to File Out of Time Plaintiff's Response to Motion to Dismiss (Docket No. 47) is granted, notwithstanding plaintiff's failure to follow D.C.COLO.LCivR 7.1(a). Plaintiff's Response (Docket No. 45) is thus accepted for filing. The court cautions plaintiff that any future failure to comply with D.C.COLO.LCivR 7.1(a) will result in the court striking plaintiff's motion.

Date: September 4, 2015