IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00678-MJW

SIMAO PEDRO CATCHAI,

Plaintiff,

v.

FORT MORGAN TIMES, Local newspaper and
KENNY MARTINEZ, Owner of "Pro ever Green,"

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the pro se Plaintiff's Motion for Leave to File "Supplemental Pleadings" Out of Time (Docket No.52) is denied without prejudice, and the "Supplemental Pleadings" (Docket No. 51) is stricken.

     Supplemental pleadings concern transactions, occurrences, or events that happened after the date of the pleading to be supplemented. See Fed. R. Civ. P. 15(d). Here, the operative pleading is the Second Amended Complaint (Docket No. 12) filed on May 15, 2015. A review of the plaintiff's tendered "Supplemental Pleadings" (Docket No. 51), however, shows that plaintiff's claims therein concern matters that allegedly happened before May 15, 2015. Therefore, plaintiff's tendered pleading is not a supplemental pleading. If plaintiff is seeking to amend his Second Amended Complaint, he must comply with Fed. R. Civ. P. 15 and D.C.COLO.LCivR 15.1. The tendered "Supplemental Pleadings" (Docket No. 51) fails to comply with that local rule.

Date: September 16, 2015