**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-00678-MJW

SIMAO PEDRO CATCHAI,

    Plaintiff,

v.

FORT MORGAN TIMES, Local newspaper and
KENNY MARTINEZ, Owner of "Pro ever Green,"

    Defendants.

---

**FINAL JUDGMENT**

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the ORDER ON SECOND MOTION TO DISMISS AND MOTION TO DISMISS SECOND AMENDED COMPLAINT of Magistrate Judge Michael J. Watanabe entered on November 3, 2015 it is

    ORDERED that, Defendant's second motion to dismiss filed 6/04/2015, [20], and motion to dismiss second amended complaint filed 6/29/2015, [30], is granted.  It is

    FURTHER ORDERED that, final judgment enter in favor of Defendants Fort Morgan Times, et al and against Plaintiff Simao Pedro Catchai.  It is

    FURTHER ORDERED that defendants shall have their costs.

Dated at Denver, Colorado this 3rd day of November, 2015.

                FOR THE COURT:
                JEFFREY P. COLWELL, CLERK

      By: s/ S. Libid
                S. Libid
                Deputy Clerk